UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Douglas J. Bates,<br><br>Debtor. | Case No.: 91-17392-WCH<br>Chapter 7 |
| Gayle M. Bates,<br>    Plaintiff,<br><br>v.<br><br>Douglas J. Bates,<br>    Defendant. | Adversary Proceeding No. 91-1708 |

MOTION TO REOPEN THE ADVERSARY
PROCEEDINGS NO. 91-1708

NOW COMES Plaintiff, Gayle M. Bates by her attorney in the above-captioned matter and request the Court to reopen this matter pursuant to 11 U.S.C. § 350 and in support thereof, Plaintiff states the following:

1. Defendant/Debtor, Douglas J. Bates filed for protection under Chapter 7 of the United States Bankruptcy Code on August 30, 1991.

2. Plaintiff filed an Adversary Proceeding against the Defendant on December 4, 1991.

3. Agreement for Judgment was filed by the parties in the Case No. 91-17392 on April 5, 1993 (Copy of Agreement for Judgment attached as Exhibit A).

4. An Order Granting Approval of the Agreement for Judgment was filed in the United States Bankruptcy Court, District of Massachusetts, Case No. 91-17392-WCH, Adversary Proceeding No. 91-1708 on April 29, 1993.

5. The Adversary Proceedings were closed on May 27, 1993.

6. Defendant received a discharge from the United States Bankruptcy Court on May 28, 1992.

7. Defendant has failed to act as provided for in the Agreement for Judgment.

8. Plaintiff requests that this matter be reinstated to allow for enforcement and collection efforts of the judgment.

WHERFORE, Plaintiff respectfully requests this Honorable Court to reopen the Adversary Proceedings No. 91-1708 against the Defendant, Douglas J. Bates, without further notice or hearing.

Respectfully submitted,
GAYLE M. BATES, Plaintiff
By her Attorney,

Dated:  October 12, 2011

By: /s/ Wayne V. Gilbert
Wayne V. Gilbert, BBO# 640986
Gilbert Law Offices, P.C.
549 Columbian Street, Suite 318
Weymouth, MA 02190
(781) 340-9505
Email: wgilbert@attorneygilbert.com

## CERTIFICATE OF SERVICE

    I, Wayne V. Gilbert, Attorney for Plaintiff, Gayle M. Bates, hereby certify that a true copy of the foregoing Motion to Reopen the Adversary Proceedings No. 91-1708 by Wayne V. Gilbert, Esquire, for Plaintiff Gayle M. Bates was served via the United States Bankruptcy Court's CM/ECF filing system or by mail to all persons in interest at the addresses set forth below, by first class mail, postage prepaid, on this 12th day of October, 2011.

                                                      By: /s/ Wayne V. Gilbert
                                                       Wayne V. Gilbert
                                                       Gilbert Law Offices, P.C.
                                                       549 Columbian Street, Suite 318
                                                       Weymouth, MA 02190
                                                       (781) 340-9505
                                                       BBO# 640986

                        Office of the United States Trustee
              J.W. McCommack Post Office & Courthouse
                                5 Post Office Square
                                Boston, MA 02109-3945

                                Mr. Douglas J. Bates
                                380 Ocean Rd. #14
                                Portsmouth, NH 03801

                                John O. Desmond
                                Chapter 7 Trustee
                                24 Union Avenue
                                Framingham, MA 01702

Exhibit "A"

**DOCKETED**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | ) |
|---|---|
| DOUGLAS J. BATES | ) |
| Debtor | ) Chapter 7 |
| GAYLE M. BATES | ) Case No. 91-17392 WCH |
| Plaintiff | ) Adv. Proc. No. 91-1708 |
| v. | ) |
| DOUGLAS J. BATES | ) |
| Defendant | ) |

## JOINT MOTION FOR APPROVAL OF AGREEMENT FOR JUDGMENT

Gayle M. Bates, the Plaintiff in the above-captioned Adversarial Proceeding, and Douglas J. Bates, the Defendant herein, hereby move that this Honorable Court approve the attached "Agreement for Judgment." In support thereof, Plaintiff and Defendant state as follows:

1. Defendant agrees to transfer to the Plaintiff the parcel of land located on the southerly side of Cedar Island, Clinton, Connecticut shown as Lot No. 9 on the Assessor's Map No. 46 of the Town of Clinton. Defendant shall convey the property by good and sufficient deed conveying good and clear record thereto, as provided in the attached Agreement for Judgment. The Chapter 7 Trustee, John O. Desmond has abandoned this parcel of property from Debtor's estate.

2. Defendant agrees to pay to Plaintiff the sum of $400.00.

3. Upon compliance by Defendant under the terms of the "Agreement for Judgment," Plaintiff shall submit an affidavit to this Honorable Court. Upon receipt of Plaintiff's Affidavit attesting to Defendant's compliance, Defendant and Plaintiff request that the Adversarial Proceeding be dismissed, with prejudice, and without costs of either party.

WHEREFORE Plaintiff and Defendant respectfully request that this Honorable Court sign the attached Order approving the attached "Agreement for Judgment."

GAYLE M. BATES
By her attorney,

*/s/ Charles G. Murphy*
Charles G. Murphy, Esq.
55 Union Street
Boston, MA 02108
(617) 589-3939

Dated:    April 2, 1993

DOUGLAS J. BATES
By his attorney,

*/s/ Keith A. Mitchell*
Keith A. Mitchell (bma# 04695)
Law Offices of Richard J. Boudreau
128 Wheeler Road
Burlington, MA 01803
(617) 272-0055

```
              UNITED STATES BANKRUPTCY COURT
                 DISTRICT OF MASSACHUSETTS
                      EASTERN DIVISION
* * * * * * * * * * * * * * *
IN RE: DOUGLAS J. BATES,      *
                              *           CHAPTER 7
GAYLE M. BATES,               *       CASE NO. 91-17392WCH
         Creditor/Plaintiff   *
                              *
v.                            *
                              *       AGREEMENT FOR JUDGMENT
                              *
DOUGLAS J. BATES,             *
         Debtor/Defendant     *
* * * * * * * * * * * * * * *
```

NOW COME THE PARTIES TO THIS ACTION AND STIPULATE AND AGREE AS FOLLOWS:

1. Douglas Bates, Debtor/Defendant herein shall forthwith transfer to the Plaintiff, Gayle Bates the parcel of land located on the southerly side of Cedar Island, Clinton, Connecticut shown as Lot No. 9 on Assessor's Map No. 46 of the Town of Clinton. The property shall be conveyed by good and sufficient deed conveying good and clear record and marketable title thereto free from encumbrances except provisions of existing building and zoning laws, taxes for the current year as are not yet due and easements, restrictions and reservations of record.

2. Douglas Bates shall forthwith pay to Gayle Bates the sum of $400.00.

3. Upon compliance by Mr. Bates with paragraph one and two herein this action shall be dismissed with prejudice and without costs to either party.

Creditor/Plaintiff, Gayle M. Bates,          Debtor/Defendant, Douglas J. Bates.
By her attorney,                             By his attorney,


_____                    _____
Charles G. Murphy, Esquire                   Keith Mitchell, Esquire
Murphy & Lewis                               Law Offices of Richard J. Boudreau
100 Summer Street, Suite 2903                128 Wheeler Road
Boston, MA 02110                             Burlington, MA 01803
(617) 338-2154

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>　DOUGLAS J. BATES<br>　　　　Debtor<br><br>GAYLE M. BATES<br>　　　　Plaintiff<br><br>v.<br><br>　DOUGLAS J. BATES<br>　　　　Defendant | Chapter 7<br>Case No. 91-17392 WCH<br>Adv. Proc. No. 91-1708 |

CERTIFICATE OF SERVICE

　I, Keith A. Mitchell, hereby certify that on this date I caused to be served a copy of Joint Motion for Approval of Agreement for Judgment and Order by first class mail, postage prepaid upon the following:

United States Trustee　　　　　　　John O. Desmond, Esq.
O'Neill Federal Office Building　24 Union Avenue
10 Causeway St., Room 472　　　　 Framingham, MA  01701
Boston, MA  02222　　　　　　　　　Chapter 7 Trustee

　　　　　　　　　　　　　　　　　　　　　/s/ Keith A. Mitchell
　　　　　　　　　　　　　　　　　　　　　Keith A. Mitchell

Dated:　April 2, 1993